UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY PIERCE,<br><br>Plaintiff,<br><br>v.<br><br>ENCORE HEALTH RESOURCES, LLC,<br><br>Defendant. | Case No. 3:18-cv-04097-WHO<br><br>**ORDER TRANSFERRING CASE TO THE SOUTHERN DISTRICT OF TEXAS**<br><br>Re: Dkt. No. 42 |

On May 25, 2018, Plaintiff Nancy Pierce filed this class action complaint against her employer, defendant Encore Health Resources, LLC ("Encore"). On November 21, 2018, Encore filed a motion to transfer this case to the Southern District of Texas or to dismiss it. Dkt. No. 42. On December 7, 2018, the parties filed a notice indicating that they had reached an agreement to settle all claims in this case along with those in two factually similar cases, one of which is pending in the Southern District of Texas. Dkt. No. 43. In an effort to consolidate the cases for purposes of the settlement notice, approval, and administration process, the parties agreed that transfer was appropriate. The plaintiff filed a statement of non-opposition on December 12, 2018. Dkt. No. 45.

Given that the parties have reached a settlement and the plaintiff does not oppose transfer, this case is hereby TRANSFERRED to the Southern District of Texas. The January 9, 2019 hearing on the motion to transfer or dismiss is VACATED.

**IT IS SO ORDERED.**

Dated: December 13, 2018

William H. Orrick
United States District Judge